1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9     NATIONAL PRODUCTS, INC.,

10              Plaintiff,

11        v.                                    CASE NO. C05-345JLR

12    PALMETTO WEST TRADING                     MINUTE ORDER
      COMPANY, LLC,
13

14              Defendant.

15

16
17        The following minute order is made by the direction of the court, the Honorable

18    James L. Robart:

19        The Notice of Withdrawal and Substitution of Counsel filed by counsel for

20    Defendant (Dkt. # 34) is deemed a motion for leave to withdraw, and is hereby approved.

21    Local Rules W.D. Wash. GR 2(f)(4)(A).  If any party objects to the withdrawal and

22    substitution within ten days of the date hereof, this minute order will be reconsidered.

23        Filed and entered this 1st day of September, 2005.

24
                                        BRUCE RIFKIN, Clerk
25

26                                            s/Mary Duett
27                                  By
                                              Deputy Clerk
28


MINUTE ORDER