UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS, INC.,

    Plaintiff,

v.

PALMETTO WEST TRADING COMPANY, LLC,

    Defendant.

CASE NO. C05-345JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Several weeks ago, the parties informed the court that they had settled this matter. At their request, the court did not enter its standard order of dismissal in order to allow the parties time to file their own stipulated motion to dismiss. If the parties remain interested in doing so, they should file their paperwork no later than the close of business on Friday, October 13, 2006. If they fail to do so, the court will enter its standard order of dismissal which will allow 60 days from the time of entry to reopen the matter.

Filed and entered this 10th day of October, 2006.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
     Deputy Clerk

MINUTE ORDER